

**COM.**

v.

**WILLIAMS, L.**

**390 EDA 2016**

Superior Court of Pennsylvania.

06/14/2017

CP–51–CR0012621–2007 (Philadelphia)
Affirmed

**COM.**

v.

**ELDRIDGE, A.**

**2189 EDA 2016**

Superior Court of Pennsylvania.

06/14/2017

CP–51–CR–0012486–2012
(Philadelphia)
Affirmed

**COM.**

v.

**BEATTY, J.**

**659 EDA 2016**

Superior Court of Pennsylvania.

06/14/2017

CP–51–CR–0004022–2015 (Philadelphia)
Remanded

**COM.**

v.

**WILLIAMS, K.**

**2652 EDA 2016**

Superior Court of Pennsylvania.

06/14/2017

CP–51–CR–0005462–2013, (Philadelphia)
Affirmed

**COM.**

v.

**ELLIS, D.**

**2025 EDA 2016**

Superior Court of Pennsylvania.

06/14/2017

CP–51–CR–0503111–1999 (Philadelphia)
Affirmed

**COM.**

v.

**HILLIAN, M.**

**2968 EDA 2016**

Superior Court of Pennsylvania.

06/14/2017

CP–23–CR–0001532–2016 (Delaware)
Affirmed

